UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL R. MCNEIL,

    Plaintiff,

v.                                Case No. 6:19-cv-715-Orl-37LRH

CHANG IK CHOI; KUK S. CHOI; and
NOVA FOOD MART, INC.,

    Defendants.
_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Notice of Settlement (Doc. 14) filed by the Plaintiff indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 21, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record